In the Matter of JONAS WEIL, Deceased.— Decree affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.

ANDREW SWANSON, Respondent, v. MALATIAS EDUCATIONAL SOCIETY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.; Dowling, P. J., and Martin, J., dissent.

SAMUEL DAVIS, etc., Appellant, v. THE STEARN COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

BRUNSWICK REALTY COMPANY, Respondent, v. UNITED METAL BOX CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of EDWARD L. BLACKMAN, Respondent, for a Decree Ascertaining a Fair and Reasonable Value for His Services, as Attorney for BELLE W. SALMONY, to BENJAMIN J. WEIL and Others, as Executors, etc., of JONAS WEIL, Deceased, Appellants.— Decree modified by reducing the amount of compensation to petitioner for legal services to the sum of $5,000, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.

CENTRAL UNION TRUST COMPANY OF NEW YORK, as Trustee, etc., Respondent, v. RUFUS JAMES TRIMBLE and Another, as Ancillary Executors, etc., Respondents, Impleaded with ELIZABETH R. THOMAS, Individually, etc., and Another, Appellants, and Another, Defendant.— Judgment affirmed, with costs to respondents payable out of the estate. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JUAN DOMINGUEZ, Appellant.— Judgment modified by reducing the sentence to the time already served, and as so modified affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LEONARD S. HERZIG, Respondent, v. UNIVERSAL SECURITY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SAMUEL COHEN, Respondent, v. MABIE-NEWBERY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MAUD SCHUCHARDT, Respondent, v. LEON WASSERMAN and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

RICHARD S. WALSH and Another, as Executors, etc., Appellants, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND and Others, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ. [131 Misc. 138.]